Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−16393−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angelie Nirmala Grimm
   1833 1st ave
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−6260

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2020.

Dated: December 3, 2020
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Angelie Nirmala Grimm  
    Debtor(s)

Case No. 20-16393-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: plncf13     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelie Nirmala Grimm, 1833 1st ave, Toms River, NJ 08757-3520 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518830154 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518830157 | | CFI Resorts Management Inc, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 518839909 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 518830159 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518830162 | + | First Portfolio Ventures I, LLC, 160 Mine Lake Ct Ste 200, Raleigh, NC 27615-6417 |
| 518830163 | | Flagship Condominium Association, PO Box 78843, Phoenix, AZ 85062-8843 |
| 518830167 | | N.J. Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518830169 | + | North Star Finance, LLC dba NorthCash, P.O. Box 498, Hays, MT 59527-0498 |
| 518868171 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 518866608 | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518866602 | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA)ET.AL., QUICKEN LOANS, LLC, FORMERLY KNOWN AS (FKA) QUICKEN LOANS IN, BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518830173 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 518830174 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |
| 518830178 | + | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518863321 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 03 2020 22:03:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 518839175 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 03 2020 22:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518830153 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 03 2020 22:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518830155 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 03 2020 23:08:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518836461 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 23:17:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518836462 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 23:10:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518830156 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 20-16393-CMG    Doc 34    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: plncf13 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 03 2020 23:08:11 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518830158 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 03 2020 22:04:00 | | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518830160 | + | Email/PDF: creditonebknotifications@resurgent.com Dec 03 2020 23:15:53 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518830161 | | Email/Text: mrdiscen@discover.com Dec 03 2020 22:03:00 | | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518840501 | | Email/Text: mrdiscen@discover.com Dec 03 2020 22:03:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518861932 | + | Email/Text: JCAP_BNC_Notices@jcap.com Dec 03 2020 22:05:00 | | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518830164 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 03 2020 22:04:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518830165 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org Dec 03 2020 22:06:00 | | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518868880 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 03 2020 23:09:26 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518843083 | | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 03 2020 23:14:42 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518830166 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 03 2020 23:21:04 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518830168 | + | Email/Text: bankruptcy@ldf-holdings.com Dec 03 2020 22:06:00 | | Niizhwaaswi, LLC dba Loan at Last, PO BOX 1193, Lac Du Flambeau, WI 54538-1193 |
| 518830170 | + | Email/PDF: cbp@onemainfinancial.com Dec 03 2020 23:21:00 | | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 518830171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2020 23:08:55 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518845932 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2020 23:16:07 | | Portfolio Recovery Associates, LLC, c/o Bj's, POB 41067, Norfolk VA 23541 |
| 518885425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2020 23:22:32 | | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518895706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2020 23:22:26 | | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 518830172 | + | Email/Text: bankruptcyteam@quickenloans.com Dec 03 2020 22:06:00 | | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518830396 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 23:21:16 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518830176 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 23:07:45 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518830177 | + | Email/PDF: gecsedi@recoverycorp.com Dec 03 2020 23:15:03 | | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518830175 | | Syncb/walmart |
| 518839774 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address |

filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Angelie Nirmala Grimm theladyjustice@outlook.com theladyjustice.phillips@gmail.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5