Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−16393−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angelie Nirmala Grimm
    1833 1st ave
    Toms River, NJ 08757

Social Security No.:
    xxx−xx−6260

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/1/21 at 09:00 AM

to consider and act upon the following:

*40* − Motion to Approve Loan Modification with Quicken Loans Filed by Marcia Y. Phillips on behalf of Angelie Nirmala Grimm. Objection deadline is 08/23/2021. (Attachments: # 1 Notice of Motion # 2 Certification Counsel Certification In Support # 3 Debtors Certification In Support # 4 Exhibit Loan Modification Agreement # 5 Cert of Servicee) (Phillips, Marcia)

Dated: 8/9/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court