UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angelie Nirmala Grimm

Case No.: 20-16393-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 22, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  the debtor  for a reduction of time for a hearing on  Motion to Sell  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  March 29,2022  at  10:00 am  in the United States Bankruptcy Court,  402 |East |State Street Trenton NJ 08608 , Courtroom No.  3 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee and all creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured Creditors

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to said motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing in the manner prescribed below.

    8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

        ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

        ☐ Other:

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 20-16393-CMG
Angelie Nirmala Grimm                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 1
Date Rcvd: Mar 22, 2022             Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angelie Nirmala Grimm, 1833 1st ave, Toms River, NJ 08757-3520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Angelie Nirmala Grimm mphillips@uprightlaw.com  theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5