UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Marcia Y. Phillips, Esquire*
*Attorney At Law*
*430 Exton Square Parkway, Ste 1568*
*Exton, PA 19341*
*Tel: 856-282-1100*
*Fax: 888-303-2922*
*Email: mphillips@uprightlaw.com*
*Attorney for Debtor   Angelie Grimm*

In Re:
Angelie Grimm

Case No.:   20-16393

Chapter:    13

Hearing Date:  3/29/2022 @10am

Judge:    CMG

## AMENDED CERTIFICATION OF DEBTOR ANGELIE GRIMM
## IN SUPPORT OF
## MOTION TO APPROVE SELL OF REAL ESTATE/RESIDENCE

I, Angelie Grimm, do hereby depose and state:

1. I am the debtor in the above matter.  I am familiar with the facts and circumstances herein.

2. Recently, I listed my property for sale and received an offer to purchase the property in an amount ($650,000) that will pay off my mortgage and by paying off the debt owed under the bankruptcy plan; thus, this will allow me to get out of this bankruptcy plan earlier than I originally scheduled.  Also, my son is graduating and I no longer need to be connected to the area.

3. The buyers recently informed me that they are renting and their lease on another property expires at the end of March 31, 2022 and this is why they want to close on this date. At this point, they are asking me and/or my realtor and/or my real estate attorney daily if I have received an approval to sell my property so that they can move into my property now.

4. I am going to live with my mother at this time after the sale of my home, pending this court's approval of the within motion and my pending applications for retention of professionals, both the realtor and real estate attorney).

5. I am selling my property at fair market value. I have no relationship with the buyers, personal or professional; and in fact I have never met them before.

Accordingly, I am requesting that the motion to sell my property and to retain both my realtor and real estate attorney be approved.

I do hereby certify that the foregoing statements are true and correct.

Date: 3/24/2022

By: /S/ Angelie Grimm
_____
Angelie Grimm, Debtor