**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marcia Y. Phillips, Esq.
430 Exton Square Parkway, Ste 1568
Exton PA 19341
Tel: 856-282-1100
Fax: 888-303-2922
Email: mphillips@uprightlaw.com
Attorney for debtor: Angelie Grimm

In Re: Angelie Grimm

Case No.:    20-16393

Judge:    CMG

Chapter:    13_

# AMENDED
## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Angelie Grimm, is the (check all that apply):

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☒ Debtor:    ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional _Jean Calvetto, Realtor_ to    serve as (check all that apply):

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

    ☒ Realtor    ☐ Appraiser    ☐ Special Counsel

    ☐ Auctioneer    ☐ Other (specify): _____

3. The employment of the professional is necessary because:
I am selling my home and this realtor helped to me locate the buyer. She assisted me with the listing price of my home, the marketing of my home and the location of a viable buyer. She will continue to assist me during the closing along with my real estate attorney

4. The professional has been selected because: She is a licensed realtor and has experience in the listing of real estate the marketing of same.

5. The professional services to be rendered are as follows: various services were provided including the listing and marketing of my residence and the location of a viable buyer, etc.

6. The proposed arrangement for compensation is as follows: standard commission fees of 4.5% of $650,000 or $29,250.00. Seller/debtor shall pay entire compensation from proceeds, as per agreement.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____
_____

_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

   _____

   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: _3-28-2022]                           _/s/ Angelie Grimm, Debtor_
                                            Signature of Applicant

*rev.8/1/15*

4