| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Marcia Y. Phillips, Esquire<br>430 Exton Square Parkway, Suite 1568<br>Exton, PA 19341<br>Tel: 856-282-1100<br>Fax: 888-303-2922<br>Email: mphillips@uprightlaw.com<br>Attorney for Debtor Angelie Grimm | Case No.:    20-16393<br><br>Chapter:    13 |
| In Re:<br><br>Angelie Grimm | Adv. No.:    Click or tap here to enter text.<br><br>Hearing Date:    3/29/2022@10am<br><br>Judge:    CMG |

## CERTIFICATION OF SERVICE

1. I, Robert B. Phillips,:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On March 22, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Shortening Time and Fixing Hearing Date and Time
    Motion To Authorize Sell of Property
    Applications to Retain Professionals

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    3/28/2022                                    /s/ Robert B. Phillips, paralegal

Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight, email and call<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Mortgage<br>c/o Denise Carlon, Esq.<br>701 Market Street, Ste 500<br>Philadelphia PA 19106<br><br>Quicken Loan LLC<br>Bankruptcy Team<br>635 Woodward Avenue<br>Detroit, MI 48226 | Secured Creditor/Mortgage | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight, email and call<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| One Main Financial<br>601 Northwest 2nd Street<br>Evansville Indiana 47708<br><br>One Main Financial /Attn Bankruptcy<br>PO Box 3251<br>Evansville IN 47731 | Secured Creditor<br>Now Paid in Full<br>2011 Town & Country vehicle | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight, email and telephone call<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmeriCredit<br>c/o William Craig, Equire<br>Morton & Craig<br>110 Marter Avenue, #301<br>Moorestown, NJ 08057<br><br>Americredit Financial Services Inc d/b/a GM FinanicalPO Box 183853<br>Arlington TX 76096 | Secured Creditor<br>2019 Chevy Trax | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight, email and telephone call<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| | | |
|---|---|---|
| United Teletech Financial<br>205 Hance Avenue<br>Tinton Falls NJ 07724<br><br>United Teletech Financial<br>2201 US Highway 1 South<br>North Brunswick Twp, NJ 08902 | Secured Creditor<br>Now Paid in Full | ☒ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight, email and telephone call<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| IRS<br>Mary McGauley Ford, Bankruptcy Specialist<br>51 Haddonfield Road, Ste 300<br>Cherry Hill NJ 08002<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>N.J. Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | Priority/Nonpriority Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other electronic, email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096<br><br>Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899 | Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130<br><br>CFI Resorts Management Inc<br>2801 Old Winter Garden Rd<br>Ocoee, FL 34761-2965<br><br>Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181<br><br>Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193 | | |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany Ohio 43054-3025<br><br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><br>Portfolio Recovery Associates, LLC<br>c/o Bj's<br>POB 41067<br>Norfolk VA 23541<br><br>First Financial Investment Fund Holdings, Llc/Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br><br>Absolute Resolutions Investments, LLC<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive, Suite 350<br>Bloomington, MN 55437<br><br>PCA Acquisition V, LLC c/o<br>Phillips & Cohen Associates, LTD<br>1002 Justison Street<br>Wilmington DE 19801<br><br>PCA Acquisition V, LLC c/o<br>Phillips & Cohen Associates, LTD<br>1002 Justison Street<br>Wilmington DE 19801 | Unsecured Creditors | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Wyndham<br>POB 41067<br>Norfolk VA 23541 | Unsecured Creditors | ☐ Hand-delivered<br><br>☒ Regular mail |

Case 20-16393-CMG    Doc 64    Filed 03/28/22    Entered 03/28/22 21:35:24    Desc Main
Document      Page 6 of 6

|  |  | ☐ Certified mail/RR |
|---|---|---|
|  |  | ☐ Other Click or tap here to enter text. |
|  |  | (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*