|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*Marcia Y. Phillips, Esquire*<br>*Attorney At Law*<br>*430 Exton Square Parkway, Ste 1568*<br>*Exton, PA 19341*<br>*Tel: 856-282-1100*<br>*Fax: 888-303-2922*<br>*Email: mphillips@uprightlaw.com*<br>*Attorney for Debtor* |

Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | | Case No.: | 20-16393 |
|---|---|---|---|
| ANGELIE GRIMM, | | Chapter: | 13 |
| | Debtor. | Hearing Date: | 3/29/2022 @ 10:00am |
| | | Judge: | CMG |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: March 28, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as 1833 1st Avenue, Toms River, New Jersey 08757 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.


**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $26,458.00 claimed as exempt may be paid to the Debtor. The debtor will be entitled to the balance of the proceeds from the Sale after payment of all liens, retained professionals, costs of sale and the Chapter 13 Trustee.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:    The following professionals may be paid at closing:

| Name of Professional | Amount to be paid | Services rendered |
| --- | --- | --- |
| Peter A. Loffredo Law Office | $1175.00 ($1075 Fees & $100 Costs) | Seller/Debtor's Real Estate Attorney |
| Jean Calvetto Exit Realty Smart Move | $29,250.00 4.5% of selling price of $650,000.00 | Dual Real Estate Agent (disclosed dual agent-seller and buyer) |

10. The amount of funds due and owing to the Chapter 13 Trustee shall be sufficient to complete the Debtors Chapter 13 plan plus additional funds for $1,000 to cover supplemental attorneys fees to be approved by the Court.

11. Fed. R. Bankr. P. 6004(b) which provides for a 14 day stay of this Order is not applicable.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-16393-CMG
Angelie Nirmala Grimm  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angelie Nirmala Grimm, 1833 1st ave, Toms River, NJ 08757-3520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marcia Y. Phillips | on behalf of Debtor Angelie Nirmala Grimm mphillips@uprightlaw.com  theladyjustice.phillips@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5